## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**BARBARA BARLOW,**

      **Plaintiff,**

**v.**                                           **Case No.  8:11-cv-71-T-30EAJ**

**WALGREEN CO.,**

      **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion for Reconsideration (Dkt. 41) of this Court's Order denying Defendant's Motion for Summary Judgment (Dkt. 40). In its motion, Defendant simply re-hashes the arguments made in its earlier Motion for Summary Judgment, arguments which this Court rejected. As a result, this Court concludes that Defendant's Motion for Reconsideration should be denied.

It is therefore **ORDERED AND ADJUDGED** that Defendant's Motion for Reconsideration (Dkt. 41) is hereby denied.

**DONE** and **ORDERED** in Tampa, Florida on April 12, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2011\11-cv-71.mr.41.frm